# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KENNY WAYNE VEAL

NO. 2023 KW 0614

**SEPTEMBER 25, 2023**

---

In Re:    Kenny Wayne Veal, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 702235.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.** The application for postconviction was filed untimely. See La. Code Crim. P. art. 930.8(A); **State v. Veal**, 2019-0323 (La. App. 1st Cir. 9/27/19), 2019 WL 4731974, writ denied, 2019-01786 (La. 1/14/20), 291 So.3d 685; **State v. Brumfield**, 2009-1084 (La. 9/2/09), 16 So.3d 1161, 1162 (per curiam) (Where the district court "addresses an otherwise time-barred application on the merits, an appellate court may assert the time limits imposed by art. 930.8(A) as a basis for denying relief in accord with clearly expressed legislative intent to limit collateral attacks on final convictions.").

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT